UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KEITH JENKINS | CIVIL ACTION |
| VERSUS | NO. 16-6645 |
| DARREL VANNOY, WARDEN | SECTION "N"(2) |

ORDER

The court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation filed by the plaintiff on September 1, 2017 (Rec. Doc. No. 21), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition of Keith Jenkins for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 be **DENIED** and **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 12th day of September, 2017.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE